IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LOL FINANCE CO.                                                                     PLAINTIFF

VS.                                                CAUSE NO.:4:06CV90

DELTA PRIDE CATFISH, INC.                                       DEFENDANT

## ORDER CONTINUING TRIAL AND SETTING MOTION HEARING

The Court brings this Order *sua sponte* to continue the trial and set oral argument as to the motions for summary judgment. The Court orders the parties to appear on April 28, 2008, at 9:00 A.M. for oral argument as to the motion for summary judgments filed by the Plaintiff and the Defendant.

Thus, the Court finds that the trial set on April 28, 2008, shall be continued; however, the parties are **ORDERED** to appear April 28, 2008, at 9:00 A.M. to argue the motions for summary judgment. A subsequent notice of hearing shall follow.

So **ORDERED**, this the 10th day of March, 2008.

                                                                       **/s/ Sharion Aycock**
                                                                       **UNITED STATES DISTRICT JUDGE**