**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LOL FINANCE CO.**                                                                              **PLAINTIFF**

**V.**                                                                                   **CAUSE NO: 4:06CV90**

**DELTA PRIDE CATFISH, INC.**                                                     **DEFENDANT**

## ORDER GRANTING DEFENDANT'S SUMMARY JUDGMENT PURSUANT TO BENCH OPINION

The Court finds that Defendant Delta Pride's Motion for Summary Judgment is well taken and should be **GRANTED**. Further, the Plaintiff LOL Finance's Motion for Summary Judgment is **DENIED**. This order shall be pursuant to bench opinion rendered April 28, 2008.

The Clerk is ordered to **CLOSE** the case.

So **ORDERED**, this the 1st day of May, 2008.

                                                                     **/s/ Sharion Aycock_____**
                                                                   **U.S. DISTRICT COURT JUDGE**